IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADLEY MEEHAN and<br>CESAR E. CIRVERA SANTAMARIA,<br>*on behalf of themselves and those<br>similar situated*,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ROADMASTER DRIVERS SCHOOL, INC.,<br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:　Civil No. 2:22-cv-04299-JMG<br>:<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 20th day of June, 2023, upon consideration of Defendant's Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 11) and Plaintiffs' response thereto (ECF No. 13), and for the reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 11) is **DENIED in part and GRANTED in part**:

a. Defendant's Motion to Dismiss Counts One, Two and Three is **DENIED.**

b. Defendant's Motion to Strike Plaintiffs' Prayer for Punitive Damages and Injunctive Relief is **GRANTED without prejudice**.

c. Defendants' Motion to Strike Plaintiffs' prayer for Prejudgment Interest and Attorney's Fees is **DENIED**.

**IT IS FURTHER ORDERED** that any motion to amend the Amended Complaint and to join or add additional parties shall be filed on or before **July 3, 2023.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　　　United States District Court Judge