# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADLEY MEEHAN and CESAR E. CORVERA SANTAMARIA, on behalf of themselves and those similarly situated,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>ROADMASTER DRIVERS SCHOOL OF PENNSYLVANIA, INC.,<br><br>    *Defendant.* | C.A. NO. 5:22-CV-04299<br><br>Honorable John M. Gallagher |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

NOW COME Plaintiffs Bradley Meehan ("Meehan") and Cesar E. Corvera Santamaria ("Corvera") (collectively, "Plaintiffs"), by and through their undersigned counsel, and move this Honorable Court for an Order granting final approval of the Settlement Class preliminarily approved in this Court's May 14, 2024 Order. ECF 46. In reliance upon the contemporaneously filed memorandum of law and its exhibits, Plaintiffs respectfully request that the Court grant the instant motion and enter the proposed Order included herewith.

Dated: September 4, 2024

Respectfully submitted,

BRADLEY MEEHAN and CESAR E. CORVERA SANTAMARIA, *on behalf of themselves and the Settlement Class*,

By: */s/ James A. Francis*
James A. Francis
John Soumilas
Lauren KW Brennan
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: 215-735-8600
F: 215-940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
lbrennan@consumerlawfirm.com

Jeffrey K. Brown, Esq.
Michael A. Tompkins, Esq.*
Brett R. Cohen, Esq.*
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, NY 11514
(516) 873-9550
jbrown@leedsbrownlaw.com
mtompkins@leedsbrownlaw.com
bcohen@leedsbrownlaw.com

\* *Pro Hac Vice*

*Attorneys for Plaintiff and Classes*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's CM/ECF system that will send notice of said filing to all counsel of record in this matter.

Dated:       September 4, 2024                    /s/ James A. Francis
                                                  James A. Francis