IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADLEY MEEHAN and : <br> CESAR E. CIRVERA SANTAMARIA, : <br> on behalf of themselves and those : <br> similar situated, : <br>           Plaintiff, : <br> : <br>           v. : <br> : <br> ROADMASTER DRIVERS SCHOOL, INC., : <br>           Defendant. : | Civil No. 5:22-cv-04299-JMG |

**ORDER**

**AND NOW**, this 11th day of October, 2024, upon consideration of Plaintiffs' Unopposed Motion for an Order Directing Notice to the Settlement Class (ECF No. 45) and the Final Settlement Agreement Approval Hearing held on September 18, 2024, **IT IS HEREBY ORDERED** that the Motion for an Order Directing Notice (ECF No. 45) is **DENIED as moot**.[1]

                            BY THE COURT:

                            */s/ John M. Gallagher*
                            JOHN M. GALLAGHER
                            United States District Court Judge

---

[1] As noted in the Final Settlement Approval Hearing, Class Counsel has provided notice to the Class and the Court finds that such notice was adequate and sufficient.